to that court for further proceedings. *See* Tex.R.App.P. 59.1, 60.2(f).

TEXAS DEPARTMENT OF PUBLIC
SAFETY, Petitioner,

v.

**Billy Bernice STORY, Respondent.**

No. 99–0671.

Supreme Court of Texas.

June 21, 2001.

Kevin Michael Givens, Austin, for Petitioner.

Pat Beard, Beard & Kultgen, Waco, for Respondent.

PER CURIAM.

The court of appeals dismissed this appeal for want of jurisdiction. 47 S.W.3d 511. Because of our recent decision in *Texas Department of Public Safety v. Barlow*, 48 S.W.3d 174 (Tex.2001), without hearing oral argument, we grant the petition for review without reference to the merits, vacate the court of appeals' judgment dismissing this appeal, and remand this case to that court for further proceedings. *See* Tex.R.App.P. 59.1, 60.2(f).

TEXAS DEPARTMENT OF PUBLIC
SAFETY, Petitioner,

v.

**Kyle Jenkins CALLENDER,
Respondent.**

No. 00–0413.

Supreme Court of Texas.

June 21, 2001.

S. Kyle Duncan, Office of Atty. Gen., Kevin Michael Givens, Austin, for Petitioner.

Travis B. Bryan, III, Youngkin, Catlin, Bryan & Stacy, David S. Barron, Law Office of David S. Barron, Bryan, for Respondent.

PER CURIAM.

The court of appeals dismissed this appeal for want of jurisdiction, holding that the litigation involved no amount in controversy. 14 S.W.3d 319, 324. Because of our recent decision in *Texas Department of Public Safety v. Barlow*, 48 S.W.3d 174 (Tex.2001), without hearing oral argument, we grant the petition for review without reference to the merits, vacate the court of appeals' judgment dismissing this appeal, and remand this case to that court for further proceedings. *See* Tex.R.App. P. 59.1, 60.2(f).